```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  JODI LINKER
    Assistant Federal Public Defender
 3  19th Floor Federal Building
    450 Golden Gate Avenue
 4  San Francisco, CA 94102
    Telephone: (415) 436-7700
 5
    Counsel for Defendant CORREA
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )   No. CR-11-0382 CRB (MEJ)
                                   )
12              Plaintiff,         )   [PROPOSED] ORDER EXONERATING
                                   )   BOND
13                                 )
    v.                             )
14                                 )
                                   )
15  MICHAEL CORREA,                )
                                   )
16              Defendant.         )
                                   )
17

18      For the reasons stated on the record on November 1, 2011, the Court ORDERS that the

19  bond executed on July 5, 2011 [Docket #5] in the above-captioned case is hereby exonerated.

20      IT IS SO ORDERED.

21

22  11/3/11                        _____
    DATED                          MARIA ELENA JAMES
23                                 United States Magistrate Judge
```