STEVEN G. KALAR
Federal Public Defender
GABRIELA BISCHOF
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:	415.436.7700
Facsimile:	415.436.7706
Email:	Gabriela_Bischof@fd.org

Counsel for Defendant Correa

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL CORREA, <br><br> Defendant. | No. CR 11-00382-CRB <br><br> **STIPULATED ORDER CONTINUING STATUS CONFERENCE DATE** |

    The defendant in the above-entitled case is currently scheduled to appear before the Court on November 16, 2016 at 4:00 p.m. for status conference on an outstanding Form 12. Mr. Correa is doing well on release. He is still working for an oil refinery and is scheduled to be at work at 4 p.m. Additionally, the Probation Officer is unavailable at 4 p.m. due to a prior commitment and concurs in the request to continue the hearing. For those reasons, Mr. Correa respectfully requests that the presently scheduled status conference be continued to January 4, 2017 at 2:00 p.m.

    The parties accordingly request that the hearing now scheduled for November 16, 2016 be vacated, and that the matter be added to the Court's calendar on Wednesday, January 4, 2017 at 2:00 p.m.

1

1  Therefore, for good cause shown the matter shall be taken off the Court's calendar on
2  Wednesday, November 16, 2016. The matter shall be added to the Court's calendar on Wednesday,
3  January 4, 2017 at 2:00 p.m. for status conference.

**IT IS SO ORDERED.**

11/16/2016
Dated

CHARLES R. BREYER
United States District Judge

IT IS SO STIPULATED.

Dated: November 16, 2016                     /s/
STEVEN G. KALAR
Federal Public Defender
Northern District of California
GABRIELA BISCHOF
Assistant Federal Public Defender

Dated: November 16, 2016                     /s/
BRIAN STRETCH
United States Attorney
Northern District of California
JEFFREY SHIH
Assistant United States Attorney

2